AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 5:22-CR-0007-001(MTT) |
| Willie Frank Young ) | |
| ) | USM No: 92160-509 |
| Date of Original Judgment: 11/02/2022 ) | |
| Date of Previous Amended Judgment: N/A ) | Chauntilia K. Adaway |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) (Amendment 821)

Upon motion of ☐ the Defendant ☐ the Director of the Bureau of Prisons ☒ the Court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by Amendment 821 to the *United States Sentencing Guidelines*, and having considered such motion, and taking into account the Policy Statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 46 months **is reduced to** 41 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant was sentenced at the top of the applicable guideline range (46 months) after pleading guilty to Possession of a Firearm by a Person Under Felony Indictment. When sentenced, he had one criminal history point. Two "status points" were added because he was under a criminal justice sentence at the time he committed the offense, resulting in a total criminal history score of three, a Criminal History Category of II, and guideline imprisonment range of 37 to 46 months.

Pursuant to Amendment 821 to the *United States Sentencing Guidelines*, which went into effect November 1, 2023, and was applied retroactively effective February 1, 2024, criminal history status points were reduced to 1 point for defendants with 7 or more criminal history points; defendants with fewer than 7 criminal history points do not receive any additional points. Based upon this retroactive amendment, Young would not receive any criminal history "status points," his total criminal history score would be 1, his Criminal History Category would be I, and his guideline imprisonment range would be 33 to 41 months based on a Total Offense Level of 20.

The Court thereby **GRANTS** the motion and reduces the imprisonment portion of the defendant's sentence to 41 months

Except as otherwise provided, all provisions of the judgment dated 11/02/2022 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 8/14/2024

S/ Marc T. Treadwell
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Marc T. Treadwell, U.S. District Judge
*Printed name and title*